UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA, Plaintiff,

vs.

ANTUN LEWIS, Defendant.

Case No. 1:08-cr-404
Cleveland, Ohio

**INDEX** OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE SOLOMON OLIVER, JR.
UNITED STATES CHIEF DISTRICT JUDGE

APPEARANCES:

For the Government: David A. Sierleja
Robert F. Corts
Michael L. Collyer
Pinkey S. Carr
*Assistant United States Attorneys*

For the Defendant: Angelo F. Lonardo
Timothy C. Ivey
Wesley A. Dumas, Sr.
Jeffrey B. Lazarus

Official Court Reporters: Heidi Blueskye Geizer, RMR-CRR
(216) 357-7092
Sarah E. Nageotte, RDR, CRR, CBC
(216) 357-7186
United States District Court
801 West Superior Avenue
Court Reporters 7-189
Cleveland, Ohio 44113

Proceedings recorded by mechanical stenography, transcript produced by computer-aided transcription.

**MONDAY, JANUARY 24, 2011 - VOLUME 1**

Opening Statements
United States by Mr. Sierleja . . . . . . . . . . 93
Antun Lewis by Mr. Ivey . . . . . . . . . . . . . 122

Jennings Dawson
Direct Examination by Mr. Corts . . . . . . . . . 154

**TUESDAY, JANUARY 25, 2011 - VOLUME 2**

Roberta Witt
Direct Examination by Mr. Corts . . . . . . . . . 168

Evelyn Martin
Direct Examination by Mr. Sierleja. . . . . . . . 174
Cross-Examination by Mr. Lonardo. . . . . . . . . 187
Redirect Examination by Mr. Sierleja. . . . . . . 213
Recross-Examination by Mr. Lonardo. . . . . . . . 214

Patrick Vincent Mangan
Direct Examination by Mr. Sierleja. . . . . . . . 215
Cross-Examination by Mr. Lonardo. . . . . . . . . 231

Terry Piazza
Direct Examination by Mr. Sierleja. . . . . . . . 236

Angel Marrero
Direct Examination by Mr. Sierleja. . . . . . . . 244

Richard Stark
Direct Examination by Mr. Sierleja. . . . . . . . 258
Cross-Examination by Mr. Lonardo. . . . . . . . . 275

Robert F. Gartner
Direct Examination by Ms. Carr. . . . . . . . . . 280
Cross-Examination by Mr. Lonardo. . . . . . . . . 330
Redirect Examination by Ms. Carr. . . . . . . . . 338
Recross-Examination by Mr. Lonardo. . . . . . . . 340

Ralph Dolence
Direct Examination by Mr. Sierleja. . . . . . . . 342

**WEDNESDAY, JANUARY 26, 2011 - VOLUME 3**

Ralph Dolence Continued
Direct Examination Continued by Mr. Sierleja. . 346
Cross-Examination by Mr. Lonardo. . . . . . . . 373
Redirect Examination by Mr. Sierleja. . . . . . 390

Frank P. Miller III, M.D.
Direct Examination by Ms. Carr. . . . . . . . . 391
Cross-Examination by Mr. Lonardo. . . . . . . . 420

Krista Rajendram
Direct Examination by Ms. Carr. . . . . . . . . 424

Shawnta Richardson
Direct Examination by Mr. Corts . . . . . . . . 438
Cross-Examination by Mr. Lonardo. . . . . . . . 451
Redirect Examination by Mr. Corts . . . . . . . 457

Capritta Nicole Bell
Direct Examination by Mr. Corts . . . . . . . . 460
Cross-Examination by Mr. Lonardo. . . . . . . . 495
Redirect Examination by Mr. Corts . . . . . . . 530

Moses Lee Marshall III
Direct Examination by Mr. Collyer . . . . . . . 539
Cross-Examination by Mr. Ivey . . . . . . . . . 588
Redirect Examination by Mr. Collyer . . . . . . 605

**THURSDAY, JANUARY 27, 2011 - VOLUME 4**

Kevin L. Hill
Direct Examination by Mr. Collyer . . . . . . . 625
Cross-Examination by Mr. Dumas. . . . . . . . . 647
Redirect Examination by Mr. Collyer . . . . . . 653

Robert Lee Gray
Direct Examination by Mr. Collyer . . . . . . . 654
Cross-Examination by Mr. Dumas. . . . . . . . . 668
Redirect Examination by Mr. Collyer . . . . . . 673

Orlando Clayton Moore
Direct Examination by Mr. Collyer . . . . . . . 675
Cross-Examination by Mr. Dumas. . . . . . . . . 691

**THURSDAY, JANUARY 27, 2011 - VOLUME 4 *CONTINUED***


Carmella Smith
Direct Examination by Mr. Corts . . . . . . . . . 697
Cross-Examination by Mr. Ivey . . . . . . . . . . 724
Redirect Examination by Mr. Corts . . . . . . . . 731
Recross-Examination by Mr. Ivey . . . . . . . . . 732
Further Redirect Examination by Mr. Corts . . . 733

Charise Frazier
Direct Examination by Mr. Corts . . . . . . . . . 736
Cross-Examination by Mr. Ivey . . . . . . . . . . 768
Redirect Examination by Mr. Corts . . . . . . . . 778
Recross-Examination by Mr. Ivey . . . . . . . . . 782
Further Redirect Examination by Mr. Corts . . . 784
Further Recross-Examination by Mr. Ivey . . . . 784

George H. Hightower III
Direct Examination by Mr. Corts . . . . . . . . . 786
Cross-Examination by Mr. Dumas. . . . . . . . . . 842
Redirect Examination by Mr. Corts . . . . . . . . 866
Recross-Examination by Mr. Dumas. . . . . . . . . 874


**MONDAY, JANUARY 31, 2011 - VOLUME 5**


David Boyd
Direct Examination by Mr. Sierleja. . . . . . . . 880
Cross-Examination by Mr. Dumas. . . . . . . . . . 888
Redirect Examination by Mr. Sierleja. . . . . . . 908
Recross-Examination by Mr. Dumas. . . . . . . . . 919
Further Redirect Examination by Mr. Sierleja. . 920
Further Recross-Examination by Mr. Dumas. . . . 921
Further Redirect Examination by Mr. Sierleja. . 922

Myesha Glass
Direct Examination by Mr. Sierleja. . . . . . . . 923
Cross-Examination by Mr. Lonardo. . . . . . . . . 930
Redirect Examination by Mr. Sierleja. . . . . . . 932
Recross-Examination by Mr. Lonardo. . . . . . . . 933

Don Illig
Direct Examination by Mr. Collyer . . . . . . . . 933
Cross-Examination by Mr. Lonardo. . . . . . . . . 976
Redirect Examination by Mr. Collyer . . . . . . . 1047
Recross-Examination by Mr. Lonardo. . . . . . . . 1054
Further Redirect Examination by Mr. Collyer . . 1059
Further Recross-Examination by Mr. Lonardo. . . 1059

**MONDAY, JANUARY 31, 2011 - VOLUME 5 *CONTINUED***

Sharese Williams
Direct Examination by Mr. Corts . . . . . . . . . 1061
Cross-Examination by Mr. Lonardo. . . . . . . . . 1125

**TUESDAY, FEBRUARY 1, 2011 - VOLUME 6**

Sharese Williams Continued
Cross-Examination Continued by Mr. Lonardo. . . 1147
Redirect Examination by Mr. Corts . . . . . . . . 1186
Recross-Examination by Mr. Lonardo. . . . . . . . 1202
Further Redirect Examination by Mr. Corts . . . 1207
Further Recross-Examination by Mr. Lonardo. . . 1209

Sharay Williams
Direct Examination by Mr. Corts . . . . . . . . . 1211
Cross-Examination by Mr. Lonardo. . . . . . . . . 1226
Redirect Examination by Mr. Corts . . . . . . . . 1239
Recross-Examination by Mr. Lonardo. . . . . . . . 1246

Stephanie Charlene Mitchell
Direct Examination by Ms. Carr. . . . . . . . . . 1250
Cross-Examination by Mr. Lonardo. . . . . . . . . 1281

Douglas Smith
Direct Examination by Mr. Collyer . . . . . . . . 1283
Cross-Examination by Mr. Lazarus. . . . . . . . . 1331
Redirect Examination by Mr. Collyer . . . . . . . 1349
Recross-Examination by Mr. Lazarus. . . . . . . . 1353

**WEDNESDAY, FEBRUARY 2, 2011 - VOLUME 7**

Paul McKeever

Direct Examination by Mr. Corts . . . . . . . . . 1405
Cross-Examination by Mr. Lonardo. . . . . . . . . 1493
Redirect Examination by Mr. Corts . . . . . . . . 1631
Recross-Examination by Mr. Lonardo. . . . . . . . 1663

**THURSDAY, FEBRUARY 3, 2011 - VOLUME 8**

Daniel Id'Deen
Direct Examination by Mr. Corts . . . . . . . . . 1695
Cross-Examination by Mr. Dumas. . . . . . . . . . 1733
Redirect Examination by Mr. Corts . . . . . . . . 1761
Recross-Examination by Mr. Dumas. . . . . . . . . 1775
Further Redirect Examination by Mr. Corts . . . 1779
Further Recross-Examination by Mr. Dumas. . . . 1781

John Allen Blansett
Direct Examination by Ms. Carr. . . . . . . . . . 1784
Cross-Examination by Mr. Ivey . . . . . . . . . . 1796
Redirect Examination by Ms. Carr. . . . . . . . . 1802

Richard Wheeland
Direct Examination by Mr. Sierleja. . . . . . . . 1804
Cross-Examination by Mr. Ivey . . . . . . . . . . 1860
Redirect Examination by Mr. Sierleja . . . . . . 1889
Recross-Examination by Mr. Ivey . . . . . . . . . 1896

Anthony Collier
Direct Examination by Mr. Collyer . . . . . . . . 1904
Cross-Examination by Mr. Ivey . . . . . . . . . . 1935
Redirect Examination by Mr. Collyer . . . . . . . 1960
Recross-Examination by Mr. Ivey . . . . . . . . . 1966

**FRIDAY, FEBRUARY 4, 2011 - VOLUME 9**

Cyle Watson
Direct Examination by Mr. Collyer . . . . . . . . 1974
Cross-Examination by Mr. Dumas. . . . . . . . . . 1994
Redirect Examination by Mr. Collyer . . . . . . . 2011
Recross-Examination by Mr. Dumas. . . . . . . . . 2015
Further Redirect Examination by Mr. Collyer . . 2016
Further Recross-Examination by Mr. Dumas. . . . 2016

Christopher Myers
Direct Examination by Ms. Carr. . . . . . . . . . 2022
Cross-Examination by Mr. Dumas. . . . . . . . . . 2051
Redirect Examination by Ms. Carr. . . . . . . . . 2077
Recross-Examination by Mr. Dumas. . . . . . . . . 2087

William Howell
Direct Examination by Mr. Collyer . . . . . . . . 2090
Cross-Examination by Mr. Lonardo. . . . . . . . . 2109
Redirect Examination by Mr. Collyer . . . . . . . 2127
Recross-Examination by Mr. Lonardo. . . . . . . . 2132

**FRIDAY, FEBRUARY 4, 2011 - VOLUME 9 *CONTINUED***

Jeffrey Brlas
Direct Examination by Mr. Collyer . . . . . . . . 2135
Cross-Examination by Mr. Lonardo. . . . . . . . . 2174
Redirect Examination by Mr. Collyer . . . . . . . 2187
Recross-Examination by Mr. Lonardo. . . . . . . . 2189
Further Redirect Examination by Mr. Collyer . . 2190

**TUESDAY, FEBRUARY 8, 2011 - VOLUME 10**

Samantha Collins-Taylor
Direct Examination by Mr. Sierleja. . . . . . . . 2195
Cross-Examination by Mr. Ivey . . . . . . . . . . 2213
Redirect Examination by Mr. Sierleja. . . . . . . 2234
Recross-Examination by Mr. Ivey . . . . . . . . . 2242
Further Redirect Examination by Mr. Sierleja. . 2249

Marion Jackson
Direct Examination by Mr. Sierleja. . . . . . . . 2258
Cross-Examination by Mr. Lonardo. . . . . . . . . 2307
Redirect Examination by Mr. Sierleja. . . . . . . 2432
Recross-Examination by Mr. Lonardo. . . . . . . . 2447

**WEDNESDAY, FEBRUARY 9, 2011 - VOLUME 11**

Steven Gall
Direct Examination by Mr. Sierleja. . . . . . . . 2462
Cross-Examination by Mr. Lonardo. . . . . . . . . 2473
Redirect Examination by Mr. Sierleja. . . . . . . 2498
Recross-Examination by Mr. Lonardo. . . . . . . . 2499
Further Redirect Examination by Mr. Sierleja. . 2500

Jaime Serrat
Direct Examination by Mr. Sierleja. . . . . . . . 2502
Cross-Examination by Mr. Lonardo. . . . . . . . . 2510
Redirect Examination by Mr. Sierleja. . . . . . . 2521
Recross-Examination by Mr. Lonardo. . . . . . . . 2522

William Howell (re-called)
Direct Examination by Mr. Collyer . . . . . . . . 2523
Cross-Examination by Mr. Ivey . . . . . . . . . . 2527

Teon Marcel Smith
Direct Examination by Mr. Dumas . . . . . . . . . 2552

**WEDNESDAY, FEBRUARY 9, 2011 - VOLUME 11 *CONTINUED***

Bruce Shannon Thomas
Direct Examination by Mr. Dumas . . . . . . . . . 2583
Cross-Examination by Mr. Corts. . . . . . . . . . 2600
Redirect Examination by Mr. Dumas . . . . . . . . 2628
Recross-Examination by Mr. Corts. . . . . . . . . 2633

Ricky Chapman
Direct Examination by Mr. Lazarus . . . . . . . . 2652
Cross-Examination by Mr. Sierleja . . . . . . . . 2659
Redirect Examination by Mr. Lazarus . . . . . . . 2661
Recross-Examination by Mr. Sierleja . . . . . . . 2663
Further Redirect Examination by Mr. Lazarus . . 2665

**THURSDAY, FEBRUARY 10, 2011 - VOLUME 12**

Joan Clarice Davis
Direct Examination by Mr. Dumas . . . . . . . . . 2676
Cross-Examination by Mr. Collyer. . . . . . . . . 2691
Redirect Examination by Mr. Dumas . . . . . . . . 2703
Recross-Examination by Mr. Collyer. . . . . . . . 2708
Further Redirect Examination by Mr. Dumas . . . 2709
Further Recross-Examination by Mr. Collyer. . . 2710
Further Redirect Examination by Mr. Dumas . . . 2711

Chalina Ann Bryant
Direct Examination by Mr. Dumas . . . . . . . . . 2712
Cross-Examination by Mr. Corts. . . . . . . . . . 2725
Redirect Examination by Mr. Dumas . . . . . . . . 2746
Recross-Examination by Mr. Corts. . . . . . . . . 2748
Further Redirect Examination by Mr. Dumas . . . 2750
Further Recross-Examination by Mr. Corts. . . . 2757
Further Redirect Examination by Mr. Dumas . . . 2757

Janine A. Chisholm
Direct Examination by Mr. Ivey. . . . . . . . . . 2758
Cross-Examination by Mr. Corts. . . . . . . . . . 2785
Redirect Examination by Mr. Ivey. . . . . . . . . 2833
Recross-Examination by Mr. Corts. . . . . . . . . 2848
Further Redirect Examination by Mr. Ivey. . . . 2852

Leland Dennis Smiley
Direct Examination by Mr. Ivey. . . . . . . . . . 2854
Cross-Examination by Mr. Collyer. . . . . . . . . 2869

**FRIDAY, FEBRUARY 11, 2011 - VOLUME 13**

Court's Jury Instructions . . . . . . . . . . . . . . . 2952

Closing Arguments
United States by Mr. Corts. . . . . . . . . . . . 2981
Antun Lewis by Mr. Lonardo. . . . . . . . . . . . 3021
United States Rebuttal by Mr. Sierleja. . . . . 3068

**MONDAY, FEBRUARY 14, 2011 - VOLUME 13**

Jury Verdict. . . . . . . . . . . . . . . . . . . . . 3094