```
 1                    UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF OHIO
 2                         EASTERN DIVISION

 3      UNITED STATES OF AMERICA,        Case No. 1:08CR404
                                         Cleveland, Ohio
 4               Plaintiff,              Thursday, November 14, 2013

 5           vs.

 6      ANTUN LEWIS,

 7               Defendant.

 8
                    EXCERPT FROM THE TRANSCRIPT OF PROCEEDINGS
 9               BEFORE THE HONORABLE SOLOMON OLIVER, JR.
                    UNITED STATES CHIEF DISTRICT JUDGE
10
                               JURY TRIAL
11                  TESTIMONY OF SHAWNTA RICHARDSON

12
        APPEARANCES:
13
        For the Government:        David A. Sierleja
14                                 Robert F. Corts
                                   Michael L. Collyer
15                                 Assistant United States Attorneys

16      For the Defendant:         Angelo F. Lonardo
                                   Timothy C. Ivey
17                                 Wesley A. Dumas, Sr.
                                   Jeffrey B. Lazarus
18

19

20

21      Court Reporter:           Bruce A. Matthews, RDR-CRR
                                   Chief Court Reporter
22                                 United States District Courthouse
                                   801 West Superior Avenue
23                                 Cleveland, Ohio    44113
                                   (216) 357-7207
24
        Proceedings recorded by mechanical stenography, transcript
25      produced by computer-aided transcription.
```

1   *****Beginning of excerpt.

2              THE COURT:  Call your next witness.

3              MR. CORTS:  Your Honor, the government would

4   call Shawnta Richardson.

5              THE COURT:  Come all the way down to the front

6   to my left.  The witness stand is right just to the left of

7   me.  And once you take the stand, my deputy will swear you

8   in, so don't sit down quite yet.

9              THE CLERK:  Please raise your right hand.

10             SHAWNTA RICHARDSON, of lawful age, a witness

11  called by the Government, being first duly sworn, was

12  examined and testified as follows:

13             THE COURT:  You may proceed.

14             MR. CORTS:  Thank you, Your Honor.

15      DIRECT EXAMINATION OF SHAWNTA RICHARDSON

16  BY MR. CORTS:

17  Q.   Good afternoon, Miss.  If you would, would you please

18  state your name and spell your last name for the record.

19  A.   My name is Shawnta Richardson, R-I-C-H-A-R-D-S-O-N.

20  Q.   And if you could, would you please tell us how old you

21  are?

22  A.   I'm 23.

23  Q.   How old?

24  A.   23.

25  Q.   23.  And I'm not going to ask you where you live, but

```
 1    do you live generally in the Cleveland area?

 2    A.    Yes.

 3    Q.    And have you lived generally in the Cleveland area for

 4    the most part of your life?

 5    A.    Yes.

 6    Q.    Now, I'd like to call your attention back to May of

 7    2005, okay?  Do you recall that time period?

 8    A.    Yes.

 9    Q.    And at that period of time, do you remember -- first

10    of all, you were in ninth grade, correct?

11    A.    Yes.

12    Q.    And you were at Martin Luther King, that's the school

13    that you went to?

14    A.    Yes.

15    Q.    And at that time do you remember where you were

16    living?

17    A.    Yes.

18    Q.    What street were you living on?

19    A.    On East 87th.

20    Q.    Okay.  And that's in Cleveland, Ohio, right?

21    A.    Yes.

22    Q.    And if you could, would you tell us who you lived

23    there with?

24    A.    My mom.

25    Q.    Okay.  Could you tell us your mom's name?
```

```
1    A.    Freda Burks.

2    Q.    Did anybody else live there with you?

3    A.    My little sister.

4    Q.    Could you tell us her name, please?

5    A.    Jonesha Roberts.

6    Q.    Jonesha Roberts?

7    A.    Yes.

8    Q.    Okay.  You're 23.  How old is she now?

9    A.    My sister is 17.

10   Q.    Okay.  And did anyone else live with you there at that

11   time?

12   A.    No one.

13   Q.    Now, you know why you're here today.  It's in relation

14   to the fire at Medeia Carter's house, right?

15   A.    Yes.

16   Q.    So you lived on East 87th Street, and if you were

17   looking out your front window, where would Medeia's house be

18   in relation to your house?

19   A.    If we looked out the window, across the street and

20   just a little bit to the right.

21   Q.    Okay.  Across the street and a little bit to the

22   right, which would be to the north, correct?

23   A.    Yes.

24   Q.    Okay.  And I want to ask you some questions about that

25   particular house and what occurred back in May of 2005,
```

1    okay?

2    A.    Okay.

3    Q.    So the night before the fire, which would have been

4    May 20th, 2005, were you at home on that particular evening?

5    A.    I was home.

6    Q.    Okay.  And did there come a point in time when you

7    were also over at the house in question, the house that

8    burned?

9    A.    Yes.

10   Q.    Okay.  Now, if you could, could you just tell the

11   ladies and gentlemen of the jury who did you believe lived

12   at that house at that time?

13   A.    It was Medeia.

14   Q.    Okay.

15   A.    Her kids.

16   Q.    All right.  Could you name the kids for us?

17   A.    Devonte.

18   Q.    And if you know, about how old they were at that time.

19   A.    I don't know if I could remember all their ages.

20   Q.    Okay.

21   A.    Devonte I believe was 15.  Moses, Malee'ya, Fakih,

22   Dre, and I believe Capritta Bell stayed there, too.

23   Q.    Okay.  So were you familiar enough with them to know

24   where their bedrooms were in the house?

25   A.    Yes.

1   Q.    Okay.  And were there bedrooms in the upstairs portion

2   of the house?

3   A.    Yes.

4   Q.    Okay.  Now, you mentioned someone by the named of

5   Capritta Bell?

6   A.    Yes.

7   Q.    Who was Capritta Bell?

8   A.    Nicole, she was a family friend, I believe.

9   Q.    Okay.  You said Nicole and a family friend?

10  A.    Yeah.

11  Q.    Is that what you said?

12  A.    Yeah.

13  Q.    Okay.  You have to speak into that microphone because

14  the court reporter has to take down what you say.

15  A.    Okay.

16  Q.    Okay.  Now, was she a child of Medeia's, do you know?

17  A.    No.

18  Q.    Just a family friend?

19  A.    Yes.

20  Q.    But she was living there, is that correct?

21  A.    Yes.

22  Q.    And do you know someone by the name of Teon?

23  A.    Yes.

24  Q.    Did Teon live or stay there?

25  A.    Not that I know of.

 1    Q.    Okay.  But you certainly would have seen Teon around,

 2    is that correct?

 3    A.    Yes.

 4    Q.    Okay.  At the house?

 5    A.    Yes.

 6    Q.    And do you know someone by the name of Moses?

 7    A.    Yes.

 8    Q.    Big Moses.

 9    A.    Yes.

10    Q.    And what do you know him by?  What do you call him?

11    A.    Mo Ellis.

12    Q.    I'm sorry?

13    A.    Mo Ellis.

14    Q.    And do you know if he was living there at the time?

15    A.    Yes.

16    Q.    Okay.  And what relation, if you know, did he have to

17    Medeia?

18    A.    That was his girlfriend.

19    Q.    Okay.  Now, on this particular day, the late night and

20    early morning -- let's talk about Friday, the 20, first.

21    A.    Okay.

22    Q.    You were going back and forth between your residence

23    and this residence, correct?

24    A.    Yes.

25    Q.    And at some point in time that evening, you were

```
 1    playing basketball with some of these kids that you've just

 2    told us about, right?

 3    A.    Yes.

 4    Q.    And where were you playing basketball with the kids?

 5    A.    We was playing basketball in my driveway.

 6    Q.    In whose driveway?

 7    A.    My driveway.

 8    Q.    Okay.  And were there other kids there besides the

 9    ones that you mentioned?

10    A.    It was a lot of them.

11    Q.    A lot going on?

12    A.    It was a lot of us talking and playing.

13    Q.    Okay.  And it would not be out of the ordinary for a

14    lot of people to be out on that street even late on a Friday

15    night, correct?

16    A.    Right.

17    Q.    And if I'm right -- the jurors were out there -- a

18    couple doors down from Medeia's house on the same side of

19    the street, there was an open lot, right?

20    A.    Yes.

21    Q.    And in that open lot, there were times where there

22    were a lot of people, for lack of a better term, partying

23    over there, right?

24    A.    Yes.

25    Q.    It was a pretty known gathering spot?
```

1    A.    Can you repeat that?

2    Q.    Sure.  You knew that people would get together there

3    and hang out, right?

4    A.    Yes.

5    Q.    And everybody that frequented that street would know

6    that, right?

7    A.    Yes.

8    Q.    And there were times that there were people there late

9    into the early morning, correct?

10   A.    Yes.

11   Q.    And people would cook or barbecue there, too?

12   A.    Yes.

13   Q.    And on that particular evening when you guys were out

14   playing basketball, there was a group of people down there

15   as there would normally be just about any Friday night,

16   correct?

17   A.    Yes.

18   Q.    And partying, barbecuing, doing whatever it is that

19   they do?

20   A.    Yes.

21   Q.    So after you decided that you guys were done playing

22   basketball, do you recall what you did?

23   A.    When we was done, we just sit down and talk.

24   Q.    Okay.  And do you remember where you were talking?

25   A.    On my porch.

1   Q.   Okay.  On whose porch?

2   A.   Mine.

3   Q.   Okay.  And did you see at some point in time, did you

4   see Mo Ellis, who is Mo Marshall, Moses Marshall?  Did you

5   see Mo Ellis that night?

6   A.   Well, he brung back Medeia's car.

7   Q.   Okay.  You saw him bring back Medeia's care, and you

8   saw him leave with a group of guys, correct?

9   A.   Yeah.

10  Q.   Okay.  And where were you when you saw him leave?

11  Were you in Medeia's house or were you outside, if you

12  remember?

13  A.   I was outside.

14  Q.   Okay.  Now, after he left, did there come a point in

15  time when you went inside of Medeia's residence?

16  A.   Say that again.

17  Q.   After Moses left, Mo Ellis, Moses Marshall, did you

18  ever then go into the residence, Medeia's?

19  A.   Later that night.

20  Q.   Later.  You went in, the kids were in there.  What was

21  going on when you were in the residence?

22  A.   Nothing much.  We just sat down and talked.

23  Q.   Okay.  And that's nothing out of the ordinary, right?

24  A.   Huh-uh.

25  Q.   You spent a considerable amount of time over there?

Richardson - Direct

11

1    You spent a lot of time over there?

2    A.    Yes.

3    Q.    You're familiar with these kids, liked them?

4    A.    Yes.

5    Q.    Now, there came a point in time when some of the kids

6    started to go upstairs and go to bed, right?

7    A.    Yes.

8    Q.    And you were still downstairs at that time?

9    A.    Yes.

10   Q.    And do you remember the kids that went up and went to

11   bed while you were there?

12   A.    It's hard to remember.

13   Q.    Okay.  But some of the kids did go up and went to bed,

14   correct?

15   A.    Yes.

16   Q.    And there came a point in time while you were still

17   there in the downstairs when Medeia went up and went to bed?

18   A.    Yes.

19   Q.    And, again, you were still in the downstairs of that

20   house, correct?

21   A.    Yes.

22   Q.    And then there came a point in time when you decided

23   you were going to leave, right?

24   A.    Yes.

25   Q.    And is it true that you left sometime around 1:00 or

1     1:15?

2     A.    Yes.

3     Q.    Okay.  Now, I want to ask you a little bit about the

4     house, and if we could put up Government's Exhibit 5 A on

5     the screen.  Could we use your exhibit?  Well, first of all,

6     while that's there, did you know where Capritta Bell slept?

7     A.    Yes.

8     Q.    Where did she sleep?

9     A.    She slept on the top porch.

10    Q.    Okay.  You can go back to that.  So the photograph

11    that's in front of you, that was just in front of you, what

12    did that photograph depict, if you know?

13    A.    Can you repeat that?

14    Q.    Sure.  Are you familiar with that photograph?

15    A.    Yes.

16    Q.    What's it look like to you?

17    A.    That's Medeia's house.

18    Q.    Okay.  And is that the back of the house?

19    A.    Yes.

20    Q.    And that porch up there on the second floor, do you

21    know that to be where Capritta Nicole Bell lived?

22    A.    Yes.

23    Q.    And prior to the fire, that was not open like that,

24    right?

25                    MR. LONARDO:  Objection, Your Honor.

Richardson - Direct

1    A.    No.

2    Q.    Okay.  Prior to the fire, was it open like that?

3    A.    No.

4    Q.    Okay.  In other words, were there some kind of windows

5    or a screen or something there?

6    A.    I don't remember.

7    Q.    Okay.  That's fair enough.  Okay.  So showing you the

8    exhibit that's placed in front of you now, Government's

9    Exhibit 37 H, is that Medeia's house?

10   A.    Yes.

11              MR. CORTS:  And then if we could, would you

12   publish Defendant's Exhibit T 3 for me, please?  Could I use

13   the ELMO, please?

14   Q.    While we're waiting for that, how many doors were

15   there on the house that we're talking about, Medeia's house,

16   if you know?

17   A.    Three.

18   Q.    Okay.  Where were they?

19   A.    The front, side, and the back.

20   Q.    Okay.  What door did you usually use when you went to

21   her house?

22   A.    The side door.

23   Q.    Speak right into that microphone, okay?  Thank you.

24   It will be much easier.  You used the side door?

25   A.    Yes.

1    Q.    Did you ever see the front door being used?

2    A.    Yes.

3    Q.    But mostly everybody used the side door, is that

4    right?

5    A.    Yes.

6    Q.    Okay.  And the back door, did you ever see anybody use

7    the back door?

8    A.    Barely.

9    Q.    Okay.  So you used the side door most normally?

10   A.    Yes.

11   Q.    Okay.  Now, I'm showing you what's been marked as

12   Defense Exhibit T 3 in front of you.  Do you recognize that

13   photograph?

14   A.    Yes.

15   Q.    Okay.  Is that the side door at Medeia's house?

16   A.    Yes.

17   Q.    Okay.  So on the evening that we're talking about

18   after the kids had gone up and Medeia had gone up, you

19   decided that you were going to leave, is that correct?

20   A.    Yes.

21   Q.    And did you go out the side door?

22   A.    Yes.

23   Q.    And did you have any problem going out the side door?

24   A.    No.

25   Q.    In other words, the door was unlocked, you unlocked

1    the one door, opened the other door?

2              MR. LONARDO:  Objection, Your Honor.

3              THE COURT:  Okay.  I'll sustain to the leading

4    nature.  I'll allow you some latitude.

5              MR. CORTS:  Thank you.

6    Q.    How many doors were there, if you remember?

7    A.    Three.

8    Q.    Okay.  No, no.  On the side door, this.

9    A.    Oh.

10   Q.    Yeah.

11   A.    There was the screen door and the storm door.

12   Q.    Okay.  The screen door, is that the door that you

13   would have had to open first?

14   A.    No.

15   Q.    Okay.  Which door would you have to open first?

16   A.    The one on the inside.

17   Q.    Okay.  The inside door.  You opened that.  Did you

18   have any problem opening that?

19   A.    No.

20   Q.    Was it locked or unlocked?

21   A.    It was unlocked.

22   Q.    Okay.  So then after you opened that, I imagine that

23   you would have had to open another door, is that correct?

24   A.    Yes.

25   Q.    And did you open that?

```
 1    A.    Yes.

 2    Q.    Was it locked or unlocked?

 3    A.    Unlocked.

 4    Q.    Unlocked?

 5    A.    Yes.

 6    Q.    Okay.  And when you left, did you just shut the door?

 7    A.    Yes.

 8    Q.    You didn't lock that first door?

 9    A.    No.

10    Q.    And you didn't lock that second door?

11    A.    No.

12    Q.    And were you the last one awake as far as you knew

13    when you left that house that evening?

14    A.    No.

15    Q.    Okay.  There were other people awake, is that correct?

16    A.    Yes.

17    Q.    But Medeia had gone upstairs to bed?

18    A.    Yes.

19    Q.    Had Medeia gone upstairs to bed?

20    A.    Yes.

21    Q.    Okay.  Now, what did you do when you went home?

22    A.    Went home, laid down with my mother and went to sleep.

23    Q.    You went home across the street and went to sleep?

24    A.    Yes.

25    Q.    And did there come a point in time when you were
```

1   awoken?

2   A.   Say that again.

3   Q.   Did there come a point in time when something woke you

4   up?

5   A.   Yes.

6   Q.   What woke you up?

7   A.   The breaking of the window.

8   Q.   Okay.  And where were you when you realized or heard

9   or experienced that?

10  A.   I was in my house in the living room.

11  Q.   Okay.  You were sleeping on the couch?

12  A.   Yes.

13  Q.   And you heard a noise?

14  A.   Yes.

15  Q.   Did your mom direct you to that or did you and your

16  mom hear it at the same time?

17  A.   No.  I heard it, and then I woke her up.

18  Q.   Where was she?

19  A.   She was on the couch.

20  Q.   Right there with you?

21  A.   Yes.

22  Q.   You woke up, and was this -- what happened from that

23  point on, was it a horrible evening for you?

24  A.   After the fire?

25  Q.   Well, when you woke up, and I'm sure you're going to

1    tell us what you saw and what you experienced when you woke

2    up, but was that horrible?

3    A.    Yes.

4    Q.    Was it bad?

5    A.    Yes.

6    Q.    Okay.  And it went by pretty quick, right?

7    A.    I'm confused.

8    Q.    Okay.  I don't want to put words in your mouth, but

9    you woke up and everything was going crazy.  Is that a fair

10   statement?

11   A.    I woke up.

12   Q.    Okay.

13   A.    Looked out the window.

14   Q.    Yes.

15   A.    That was after when I heard the glass.

16   Q.    Okay.

17   A.    And there was just fire everywhere.

18   Q.    Across the street?

19   A.    Yes.

20   Q.    Okay.  And so at some point in time you and your mom

21   and others in the neighborhood went out into the street?

22   A.    Yes.

23   Q.    All right.  Try to help, try to do anything you could?

24   A.    I ran to my dad.

25   Q.    Okay.  Your dad was down the street, right?

 1    A.    Yes.

 2    Q.    Okay.  And at some point in time you saw this person

 3    that you described as Capritta Nicole Bell, correct?

 4    A.    Yes.

 5    Q.    She was in bad shape?

 6    A.    She was laying on the ground.

 7              THE COURT:  What kind of shape was she in?

 8    Q.    What kind of shape was she in?

 9    A.    Her feet was burnt.

10    Q.    Okay.  Where was she located when you saw her?

11    A.    She was next door on the ground, on the sidewalk.

12              MR. CORTS:  If I could just have a moment,

13    Your Honor.

14              THE COURT:  You may.

15         (Pause.)

16              MR. CORTS:  We have no further questions at

17    this time, Your Honor.

18              THE COURT:  All right.  Thank you, counsel.

19    Any cross-examination?

20              MR. LONARDO:  Oh, yes, Judge.  Thank you.

21              THE COURT:  All right.

22         CROSS-EXAMINATION OF SHAWNTA RICHARDSON

23    BY MR. LONARDO:

24    Q.    Good afternoon, Miss Richardson.

25    A.    Good afternoon.

1    Q.    Ma'am, as I understand it, you were in ninth grade at

2    the time of this fire?

3    A.    Yes.

4    Q.    Okay.  And as you indicated to Mr. Corts, that was

5    some time ago, correct?

6    A.    Yes.

7    Q.    But to the best of your recollection, you recall that

8    night a birthday had been planned for Moses, correct?

9    A.    Yes.

10   Q.    Do you remember that?

11   A.    Yes.

12   Q.    But for some reason, he was up in his bedroom and it

13   didn't occur, the party, in any event, correct?

14   A.    No.

15   Q.    But nonetheless, there was a lot of children over

16   there, correct?

17   A.    Yes.

18   Q.    And a lot of running in and out of the house, playing

19   basketball, correct?

20   A.    Yes.

21   Q.    There was like five or six kids.  For some period of

22   time they're in the house, some period of time they're out

23   of the house playing basketball, but they always used that

24   side door, correct?

25   A.    Yes.

1    Q.    And that side door was open during that time period

2    the children and yourself were running in and out of the

3    house, correct?

4    A.    Yes.

5    Q.    Okay.  Now, it's true you never saw Mo Ellis in the

6    house when you were in the house, correct?

7    A.    In the house, I never seen him in the house.

8    Q.    Okay.  And by Mo Ellis, I'm talking about Moses

9    Marshall.  You know who I'm talking about, right?

10   A.    Yes.

11   Q.    Moses was, if you knew, Capritta's boyfriend at the

12   time?

13   A.    Not that I know of, no, it's not.

14   Q.    Okay.  And had you seen him earlier, this is Mo Ellis,

15   driving Medeia's car, the Bonneville?

16   A.    Yes.

17   Q.    Oh, I'm sorry.  I was just corrected.  Medeia's

18   boyfriend?

19   A.    Yes.

20   Q.    Okay.  Thank you.  Just to make this straight, Medeia

21   Carter's boyfriend was Moses Marshall, correct?

22   A.    Yes.

23   Q.    Earlier you had seen Mo Ellis driving Medeia's

24   Bonneville, correct?

25   A.    Yes.

                    BRUCE A. MATTHEWS, RDR-CRR      (216) 357-7207

Richardson - Cross

22

1   Q.    Now, there came a point in time when Medeia went

2   upstairs, and you don't know what she was doing upstairs

3   because you didn't go with her, correct?

4   A.    Correct.

5   Q.    Before Medeia went upstairs, she saw you and she knew

6   that you were in the house, correct?

7   A.    Yes.

8   Q.    Okay.  And as I understand your testimony, you left

9   that residence sometime around 1:00, 1:15, 1:30, as the

10  government indicated?

11  A.    Yes.

12  Q.    Mo Ellis, Moses Marshall, was not home at that time,

13  correct?

14  A.    No.

15  Q.    And as you left the house, you left as you came,

16  through the side door, correct?

17  A.    Yes.

18  Q.    And you don't know if anyone locked that side door

19  after you left the house, correct?

20  A.    No, I don't know.

21  Q.    Okay.  You were awoken by the breaking of windows, you

22  said?

23  A.    Yes.

24  Q.    And you observed a man with a shovel, I believe,

25  outside breaking a window?

BRUCE A. MATTHEWS, RDR-CRR      (216) 357-7207

1    A.    Say that again.

2    Q.    Did you observe a neighbor or somebody outside

3    breaking a window and trying to get in there?

4    A.    Yes.

5    Q.    Okay.  And when he broke that window, you saw flames

6    leap out that window, correct?

7    A.    Yes.

8    Q.    And you told that to investigators, didn't you?

9    A.    Yes.

10   Q.    When you got outside after you had gone home, gone to

11   bed, you heard the breaking windows, you saw Capritta Bell,

12   correct?

13   A.    Yes, on the ground.

14   Q.    And she was on the ground and you didn't even want to

15   look at her, correct?

16   A.    No.

17   Q.    Because you knew that she was in pain and she seemed

18   to be suffering, correct?

19   A.    Yes.

20   Q.    Do you know how she exited that house?  Was it through

21   the side door, if you know?

22   A.    I don't remember.

23   Q.    Okay.  Fair enough.  Now, Miss, back in 2005, you had

24   the opportunity to speak to investigators at that time

25   regarding this fire?

1    A.    Yes.

2    Q.    And do you recall you actually went down there with

3    Freda Burks?

4    A.    Yes.

5    Q.    To give a statement, correct?

6    A.    Yes.

7    Q.    And you did give a statement at that time to the

8    investigators, you cooperated, correct?

9    A.    Yes.

10   Q.    To the best of your ability.  And you told them -- you

11   answered any questions that they had to ask of you at the

12   time, fair statement?

13   A.    Can you repeat that?

14   Q.    You answered all of their questions?

15   A.    Yes.

16   Q.    Because you wanted to assist them in any way you

17   could?

18   A.    Yes.

19   Q.    Okay.  Now, one of questions asked of you today by the

20   government was regarding the neighborhood and an open area,

21   an open field?

22   A.    Yes.

23   Q.    Do you recall that question?

24   A.    Yes.

25   Q.    It was not unusual for people to be in that open field

1     and being outside, correct?

2     A.    Yes.

3     Q.    I mean, that happened often, correct?

4     A.    Yes.

5     Q.    Now, when you were questioned on June 17th, 2005, you

6     didn't -- nobody asked you about that, correct?

7     A.    Not that I know of.

8     Q.    Okay.  And this happened, again, some eight years ago?

9     A.    Yes.

10    Q.    And whether or not there was anybody in that field

11    that specific night, okay, that specific night, do you

12    recall that or not?

13    A.    There was people in the field.

14    Q.    All right.  Do you recall what time that was?

15    A.    No.

16    Q.    Okay.  Fair enough.  Did you see Mo Ellis return with

17    the Bonneville, if you recall?

18    A.    I can't remember.

19    Q.    Okay.  But when you left through the side door at

20    1:00-something, Mo Ellis or Moses Marshall, he was not home

21    at the time, correct?

22    A.    Correct.

23              MR. LONARDO:  Okay.  Judge, if I could just

24    have one second.

25              THE COURT:  Yes.

Richardson - Redirect

26

1        (Pause.)

2    BY MR. LONARDO:

3    Q.   One more question, Miss.  When you saw Capritta Bell,

4    when you first saw her when you first came outside, that was

5    before the ambulances and the fire trucks arrived?

6    A.   Yes.

7              MR. LONARDO:  Thank you.

8              THE COURT:  Anything further?

9              MR. CORTS:  Just a couple questions.

10        REDIRECT EXAMINATION OF SHAWNTA RICHARDSON

11   BY MR. CORTS:

12   Q.   Now, when Mr. Lonardo asked you questions about kids

13   coming in, kids leaving, that was before you left the

14   residence at 1:00 or 1:15, right?  That was earlier,

15   correct?

16   A.   Yes.

17   Q.   When you left the residence, things were pretty much

18   winding down, correct?

19   A.   Yes.

20   Q.   You had testified on direct examination that the kids

21   had gone to bed?

22   A.   Yes.

23   Q.   And Medeia had gone up and gone to bed?

24   A.   Yes.

25   Q.   So when you left, Medeia was upstairs, correct?

Richardson - Redirect

27

1    A.    Yes.

2    Q.    Now, Mr. Lonardo just asked you questions about

3    whether or not people were in that lot.  There were people

4    in that lot that evening, correct?

5    A.    Yes.

6    Q.    And Mr. Lonardo just asked you questions about seeing

7    Capritta out there and the ambulance or fire trucks or

8    rescue squad coming up.  Do you recall that question?

9    A.    Yes.

10   Q.    It was a pretty wild scene out there, would you agree

11   with me on that?

12   A.    Yes.

13   Q.    Pretty crazy?

14   A.    Yes.

15   Q.    A lot going on?

16   A.    Yes.

17   Q.    People running everywhere?

18   A.    Yes.

19   Q.    And you didn't make note exactly of what happened and

20   in order once that craziness started happening, did you?

21   A.    Did I what?

22   Q.    You didn't take notes or you didn't write down like

23   everything that was happening once that craziness started

24   happening?

25   A.    No.

1          MR. CORTS:  Okay.  Nothing further, Your

2     Honor.

3          THE COURT:  All right.  Anything further?

4          MR. LONARDO:  Just one question, Judge.

5       RECROSS-EXAMINATION OF SHAWNTA RICHARDSON

6     BY MR. LONARDO:

7     Q.   But Miss Richardson, when you first saw Capritta when

8     you first came out there, the ambulances and the fire trucks

9     had not yet arrived, correct?

10    A.   No, they didn't.

11         MR. LONARDO:  Thank you.

12         THE COURT:  Okay.  Do you have anything

13    further?

14         MR. CORTS:  No, Your Honor.

15         THE COURT:  You may step down.

16       (Witness excused.)

17    *****End of excerpt.

18

19              C E R T I F I C A T E

20         I certify that the foregoing is a correct

21    transcript of an excerpt from the record of proceedings in

22    the above-entitled matter.

23

24         S/Bruce A. Matthews    November 23, 2013
          Bruce A. Matthews, RDR-CRR         Date
25

BRUCE A. MATTHEWS, RDR-CRR     (216) 357-7207